**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-6722**

---

GUYN RALPH MCGEE,

Plaintiff - Appellant,

versus

GARY WATERS, Sheriff; DOCTOR PENALOSA; J. SMITH, Classification; PORTSMOUTH CITY JAIL,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-94-19-3)

---

Submitted: December 12, 1995          Decided: February 9, 1996

---

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Guyn Ralph McGee, Appellant Pro Se. John Dinshaw McIntyre, WILLCOX & SAVAGE, Norfolk, Virginia; Carolyn Porter Oast, Teresa Rejent Warner, John Anders Heilig, Robert Moreland, HEILIG, MCKENRY, FRAIM & LOLLAR, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's[*] order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion granting partial summary judgment and find no reversible error. Accordingly, we affirm the court's final judgment order. <u>McGee v. Waters</u>, No. CA-94-19-3 (E.D. Va. Apr. 26, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to trial by a magistrate judge. <u>See</u> 28 U.S.C.A. § 636(c) (West 1993).